E-FILED 01/13/14

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BONITA FABRICS, INC.

PLAINTIFF(S)

v.

KAS New York et al

DEFENDANT(S).

CASE NUMBER:

CV 11-7594-PSG

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 01-09-14 | / | 34 | / | MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO VACATE THE DEFAULT JGMT |
|---|---|---|---|---|
| Date Filed | | Doc. No. | | Title of Document |
| | / | | / | |
| Date Filed | | Doc. No. | | Title of Document |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☑ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other:   Hearing date missing -please review the Court's profile under Judge's Requirements; Motion lacking case number; caption reads Southern District of New York; no Notice of Motion

Dated: 1/13/14

By: **PHILIP S. GUTIERREZ**

U.S. District Judge / U.S. Magistrate Judge

cc: Assigned District and/or Magistrate Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**