C. YONG JEONG, ESQ. (SBN 255244)
THOMAS RIMBACH, ESQ. (SBN 286361)
JEONG & LIKENS, L.C.
1055 West 7th Street, Suite 2280
Los Angeles, CA 90017
Tel: 213-688-2001
Fax: 213-688-2002
Email: Jeong@jeonglikens.com
          Thomas@jeonglikens.com

Attorneys for Defendant

**THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BONITA FABRICS, INC., <br><br>                  Plaintiff, <br><br> -against- <br><br> KIRAT ANAND, AN INDIVIDUAL, DBA KAS NEW YORK, <br><br>                 Defendant. | Case No.: 2:11-cv-07594-PSG-JEM <br><br> **NOTICE MOTION AND MOTION TO VACATE THE DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(c) & 60(b); DECLARATION OF CHAN YONG JEONG; EXHIBIT 1; [PROPOSED] ORDER** <br><br> **Hearing Date:** March 3, 2014 <br> **Time:** 1:30pm <br> **Judge:** Hon. Philip S. Gutierrez <br> **Courtroom:** 880 |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on Monday, March 3, 2014, at 1:30 pm, or as soon thereafter as this matter may be heard, with Judge Philip S. Gutierrez in Courtroom 880 at the United States District Court, Central District - Roybal located at 255 E. Temple Street, Los Angeles, California 90012, Kirat Anand, misidentified in the caption herein as "Kirat Anand, an individual, dba KAS New York," ("Mr. Anand"), the Defendant in this case, will move this Court to vacate the default judgment pursuant to Fed. R. Civ. P. 55(c) and 60(b) on the grounds that it is void, as this Court lacked personal jurisdiction over him to issue the default judgment,

1   and alternatively, that Plaintiff's misconduct and misrepresentations as to jurisdiction warrant

2   vacatur.

3           This motion is based on this Notice, the attached Memorandum of Law and the

4   concurrently filed declaration of Chan Yong Jeong, Esq., and the pleadings and other materials

5   on file with this Court.  Please note that **Exhibit 1**, attached to the declaration of Chan Yong

6   Jeong, Esq., is a true and correct copy of documents filed in the related action filed before the

7   United States District Court for the Southern District of New York, Case No. 12-Misc.-0408

8   (RSW), which includes a Renewed Order to Dismiss and other supporting documents.

9

10          This motion is made following the conference of counsel pursuant to Local Rule 7-3,

11  which took place during the second week of December 2013.

12

13          DATED this 15th day of January 2014,

14

15                          Respectfully Submitted:

16                          JEONG & LIKENS, L.C.

17                          By:      ___/s/ Chan Yong Jeong_____
                                     Chan Yong Jeong, Esq.
18                                   Thomas Rimbach, Esq.
                                     1055 W. 7th Street, Suite 2280
19                                   Los Angeles, CA 90017
                                     Tel:  (213) 688-2001
20                                   Fax:  (213) 688-2002
                                     Email:  jeong@jeonglikens.com
21                                              thomas@jeonglikens.com

22

23                          *Counsel for Defendant Kirat Anand*

24

25

26

27

28